**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

TIMOTHY LAWRENCE,            :   No. 13 EAP 2022
                                        :
            Appellant           :   Appeal from The Order entered on
                                        :   2/11/2022 in the Commonwealth
                                        :   Court at No. 618 MD 2020.
             v.                         :
                                        :
                                        :
PA. PAROLE BOARD,            :
                                        :
            Appellee             :

<u>**ORDER**</u>

**PER CURIAM**                                     **DECIDED: November 23, 2022**

      **AND NOW,** this 23rd day of November, 2022, the order of the Commonwealth Court is **AFFIRMED.**